UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY WEBSTER,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY
ADMINISTRATION,

    Defendant.
_____/

Case No. 18-cv-11686

Paul D. Borman
United States District Judge

Anthony P. Patti
United States Magistrate Judge

## ORDER (1) ADOPTING MAGISTRATE JUDGE PATTI'S JULY 16, 2019 REPORT AND RECOMMENDATION (ECF NO. 12); (2) GRANTING THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 11); (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 10); and (4) AFFIRMING THE DECISION OF THE COMMISSIONER

On July 16, 2019, Magistrate Judge Anthony P. Patti issued a Report and Recommendation to affirm the determination of the Commissioner of Social Security ("Commissioner") in this action denying Plaintiff's application for Supplemental Security Income (SSI) benefits. (ECF No. 12, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and

1

Recommendation, DENIES Plaintiff's Motion for Summary Judgment (ECF No. 10), GRANTS Defendant's Motion for Summary Judgment (ECF No. 11), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

                                              s/Paul D. Borman
                                              Paul D. Borman
                                              United States District Judge

Dated: August 14, 2019